STATE *v.* FRAZIER.

---

### STATE v. FOREST LEE FRAZIER AND DELLA WILES.

(Filed 1 November, 1961.)

APPEAL by defendants from *Phillips, J.,* at June 1961 Term of WILKES.

Criminal prosecution upon a bill of indictment for fornication and adultery.

Plea: "Not guilty to the bill of indictment."

Verdict: "Guilty as charged."

Judgments: Pronounced as to each defendant as set out in the record. Defendants and each of them except and appeal to Supreme Court, assigning error.

*Attorney General Bruton, Assistant Attorney General H. Horton Rountree for the State.*

*Larry S. Moore for defendants appellants.*

PER CURIAM. The case was tried upon evidence offered by the State. The defendants offered none. They rely upon the weakness of the State's case.

A careful examination of the evidence leads us to the conclusion that it is insufficient to support the verdict. Hence, the motion for judgment as of nonsuit, made at the close of the State's evidence, should have been sustained. Therefore, the judgment entered below is

Reversed.